## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**TAFATOLU SAMOA NAEA**                                            **PLAINTIFF**

**v.**                                                       **No. 2:05CV59-P-B**

**CORRECTIONS CORP. OF AMERICA**                                  **DEFENDANT**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued in this cause, this case is hereby

**DISMISSED** with prejudice for failure to state a claim upon which relief could be granted,

counting as a "strike" under 28 U.S.C. § 1915(e)(2)(B)(ii).


**SO ORDERED,** this the 28th day of April, 2005.


                                        /s/ W. Allen Pepper, Jr.
                                        W. ALLEN PEPPER, JR.
                                        UNITED STATES DISTRICT JUDGE